UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA BEDFORD,<br><br>    Plaintiff,<br><br>  v.<br>MARTIN O'MALLEY<br>Commissioner of Social Security Administration,<br><br>    Defendant | CASE NO. 22-cv-2687-SVK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF's MOTION FOR APPROVAL OF ATTORNEY FEES PURSUANT TO 406(b) FEES |

The Court finds that the requested attorney's fees are reasonable and hereby orders the Social Security Administration to pay directly to Plaintiff's attorney, KATHERINE SIEGFRIED, the sum of $28,754.15 for attorney's fees pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney will reimburse the EAJA fee of $11,900 to Plaintiff to offset any past-due benefits used to pay this fee.

IT IS SO ORDERED.

Dated: September 17, 2024

                                              **HONORABLE SUSAN VAN KEULEN**

                                              **United States Magistrate Judge**